UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LADERDALE DIVISION
Case No. 08-61506-CIV-GRAHAM

**CLOSED CIVIL CASE**

DON A. PARADISO,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Defendant's Motion for Summary Judgment [D.E. 25].

**THE MATTER** was referred by Clerk's Order to the Honorable United States Magistrate Judge Robert L. Dubé pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 3]. Judge Dubé issued a Report and Recommendation [D.E. 37] recommending that Defendant's motion for summary judgment be granted. Plaintiff filed objections [D.E. 38] and Defendant filed a reply [D.E. 39].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Plaintiff's objections are without merit. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report [D.E. 37] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment [D.E. 25] is **GRANTED**.  It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of July, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Robert L. Dubé
     Don A. Paradiso, Pro Se